In the Matter of AMIL DINSIO, Appellant, v SUPREME COURT, APPELLATE DIVISION, THIRD DEPARTMENT, Respondent.

Submitted June 24, 2013; decided August 29, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

FELIX HERNANDEZ, Appellant, v CITY OF NEW YORK, Respondent, et al., Defendants.

Submitted June 17, 2013; decided August 29, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of BLANCHE HUNTER, Deceased. JPMORGAN CHASE BANK, N.A., Appellant; MARGARET HUNTER et al., Respondents.

Submitted June 24, 2013; decided August 29, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.